AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

United States of America
v.
Darrius Charles McElroy
a/k/a Darrius McElroy
(Wherever Found)

Defendant

Case No. 3:22-cr-108-CWR-FKB

RECD USMS 048 6OCT'22

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 09 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Darrius Charles McElroy a/k/a Darrius McElroy,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm (1)

Date: 10/05/2022

ARTHUR JOHNSTON, CLERK

*P. Green*
*Issuing officer's signature*

P Green, Deputy Clerk
*Printed name and title*

City and state: Jackson, Mississippi

---

**Return**

This warrant was received on *(date)* 10/6/22, and the person was arrested on *(date)* 8/3/23
at *(city and state)* New Orleans, LA.

Date: 8/4/23

*[signature]*
*Arresting officer's signature*

SDUSM J. DAVIS
*Printed name and title*